# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Whalin, Dave | 2. Court or Organization  Kentucky-Western Disrict | 3. Date of Report  05/10/2016 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge -- full time | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2015  to  12/31/2015 |
|---|---|---|

**7. Chambers or Office Address**

Gene Snyder Courthouse
601 W. Broadway St., Room 200
Louisville, Kentucky 40202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/10/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Kentucky Retirement System -- fixed annuity | $40,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Landrum & Shouse, LLP salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whalin, Dave** | 05/10/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Jefferson County Federal Credit Union | A | Interest | L | T | | | | | |
| 2. Exxon Mobil | A | Dividend | K | T | | | | | |
| 3. ILAF (money market) | A | Interest | J | T | | | | | |
| 4. Harbor Int'l Instl Fund | B | Int./Div. | L | T | Buy (add'l) | 07/20/15 | J | | |
| 5. Royce Premier Fund | C | Int./Div. | K | T | | | | | |
| 6. | | | | | Sold | 03/25/15 | K | | |
| 7. | | | | | Buy | 07/07/15 | J | | |
| 8. | | | | | Buy (add'l) | 07/20/15 | K | | |
| 9. Yacktman Focused Fund | D | Int./Div. | L | T | | | | | |
| 10. | | | | | Sold (part) | 01/09/15 | J | | |
| 11. | | | | | Buy (add'l) | 07/20/15 | J | | |
| 12. Alliancebernstein Global | A | Int./Div. | K | T | | | | | |
| 13. | | | | | Sold | 03/23/15 | K | | |
| 14. | | | | | Buy | 07/20/15 | K | | |
| 15. | | | | | Sold (part) | 10/09/15 | J | | |
| 16. Prudential Invst. Port. Jennison | D | Int./Div. | L | T | | | | | |
| 17. | | | | | Sold (part) | 07/17/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New Economy Fund CL | C | Int./Div. | K | T | Sold (part) | 07/10/15 | J | | |
| 19. John Hancock Sovereign Bond Fund Class I | B | Int./Div. | K | T | Buy (add'l) | 07/20/15 | J | | |
| 20. Goldman Sachs TR GMLPX | A | Dividend | | | Buy | 03/25/15 | K | | |
| 21. | | | | | Sold | 07/10/15 | K | | |
| 22. Templeton Income TR TGBAX | A | Dividend | | | Buy | 03/25/15 | K | | |
| 23. | | | | | Sold (part) | 04/10/15 | J | | |
| 24. | | | | | Sold (part) | 07/10/15 | J | | |
| 25. | | | | | Sold | 07/17/15 | K | | |
| 26. ILAF (money fund) | A | Int./Div. | J | T | | | | | |
| 27. Proctor and Gamble | A | Int./Div. | J | T | | | | | |
| 28. Stockyards Bank Account | A | Int./Div. | J | T | | | | | |
| 29. Alliancebernstein Global Bd. Fd. | A | Int./Div. | K | T | | | | | |
| 30. | | | | | Sold | 03/25/15 | K | | |
| 31. | | | | | Buy | 06/11/15 | K | | |
| 32. Harbor Fd Int'l Fd | B | Int./Div. | K | T | Buy (add'l) | 01/09/15 | J | | |
| 33. | | | | | Sold (part) | 06/10/15 | J | | |
| 34. Prudential Invt Prt 10 Jennison Equity Income | C | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/10/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Royce Premeier Fd | B | Int./Div. | J | T | | | | | |
| 36. | | | | | Sold | 03/25/15 | J | | |
| 37. | | | | | Buy | 06/11/15 | J | | |
| 38. Yacktman Focused Fd | D | Int./Div. | K | T | Sold (part) | 01/15/15 | J | | |
| 39. | | | | | Buy (add'l) | 06/11/15 | J | | |
| 40. John Hancock Sovereign Bond Fund Class l | A | Int./Div. | K | T | Buy (add'l) | 06/11/15 | J | | |
| 41. New Economy Fund | B | Int./Div. | K | T | Sold (part) | 06/10/15 | J | | |
| 42. Goldman Sachs TR GMLPX | A | Dividend | | | Buy | 03/25/15 | J | | |
| 43. | | | | | Sold | 06/10/15 | J | | |
| 44. Templeton Income TR TGBAX | A | Dividend | | | Buy | 03/25/15 | K | | |
| 45. | | | | | Sold (part) | 04/10/15 | J | | |
| 46. | | | | | Sold | 06/10/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whalin, Dave** | 05/10/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII.  Deleted New York Whole Life.  Policy redeemed in 2014 for cash value and inadvertantly not reported.

| Name of Person Reporting | Date of Report |
|---|---|
| Whalin, Dave | 05/10/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Dave Whalin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544